PAUL HASTINGS LLP
Thomas A. Counts (SB# 148051)
Grant N. Margeson (SB# 299308)
tomcounts@paulhastings.com
grantmargeson@paulhastings.com
101 California Street, 48th Floor
San Francisco, CA 94111
Telephone:  (415) 856-7000
Facsimile:   (415) 856-7100

Attorneys for Defendant
ALIGN TECHNOLOGY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SIMON AND SIMON, PC d/b/a CITY SMILES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ALIGN TECHNOLOGY, INC.,<br><br>Defendant. | CASE NO. 3:20-CV-03754-VC<br><br>**DEFENDANT ALIGN TECHNOLOGY, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-15** |

Case No. 3:20-cv-03754-VC

Defendant Align Technology, Inc. ("Align") herby submits the following Certification of Interested Entities or Persons:

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Board of Directors: Joseph M. Hogan, C. Raymond Larkin, Jr., Kevin J. Dallas, Joseph Lacob, George J. Morrow, Anne M. Myong, Thomas M. Prescott, Andrea L. Saia, Greg J. Santora, Susan E. Siegel, and Warren S. Thaler.

2. Management:  Joseph M. Hogan, John F. Morici, Simon Beard, Julie Coletti, Stuart Hockridge, Sreelakshmi Kolli, Jennifer Olson, Raj Pudipeddi, Zelko Relic, Markus Sebastian, Yuval Shaked, Julie Tay, and Emory Wright.

3. Others:  Align is a publicly held company with numerous shareholders and shares of Align stock may change ownership.  As identified in its corporate disclosure statement pursuant to Federal Rule of Civil Procedure 7.1, Align has no parent company and no company with an ownership interest that must be disclosed under that Rule.  In addition, while a number of Align employees are actively participating in its affairs, Align has only identified management and directors in this disclosure.

Except for the foregoing, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

- 1 -

Case No. 3:20-cv-03754-VC

ALIGN'S CERTIFICATION OF
INTERESTED ENTITIES OR
PERSONS

DATED:  June 29, 2020                          PAUL HASTINGS LLP


                                               By:       _/s/ Thomas A. Counts_
                                                            Thomas A. Counts

                                               Attorneys for Defendant
                                               ALIGN TECHNOLOGY, INC.

- 2 -