UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMON AND SIMON, PC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ALIGN TECHNOLOGY, INC.,<br><br>Defendant. | Case No.  20-cv-03754-VC<br><br>**ORDER GRANTING IN PART AND DENYING IN PART MOTION TO APPOINT**<br><br>Re: Dkt. No. 43 |

The motion to appoint Berger Montague and the Radice Law Firm as interim co-lead class counsel is granted. The motion to appoint liaison counsel is denied as unnecessary. This denial is without prejudice to filing a renewed motion in the event a pressing need arises for liaison counsel.

**IT IS SO ORDERED.**

Dated: October 6, 2020

_____
VINCE CHHABRIA
United States District Judge