# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| SIMON AND SIMON, PC d/b/a CITY SMILES; and VIP DENTAL SPAS, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>    v.<br><br>ALIGN TECHNOLOGY, INC.,<br><br>                    Defendant. | No. 3:20-cv-03754-VC |
| MISTY SNOW, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>    v.<br><br>ALIGN TECHNOLOGY, INC., | No. 3:21-cv-03269-JSC<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED<br><br>Complaint Filed: May 3, 2021 |

010742-11 1048421 V1

The Court, having considered all of the papers and pleadings on file, and good cause appearing, HEREBY GRANTS the motion to relate cases.

IT IS ORDERED that the following case is related to the case *Simon and Simon, PC d/b/a City Smiles, et al. v. Align Technology, Inc.*, Case No. 3:20-cv-03754-VC:

1. *Misty Snow v. Align Technology, Inc., et al.*, Case No. 3:21-cv-03269-JSC ("*Snow* Action").

This action concerns substantially the same parties, property, transaction or event, and it appears likely that there will be an unduly burdensome duplication of labor or expense or conflicting results if the cases are conducted before different judges.

The *Snow* Action shall be assigned to the undersigned judge pursuant to Local Rule 3-12(f).

**IT IS SO ORDERED**

DATED: _____

HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE