UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMON AND SIMON, PC, et al., <br><br>        Plaintiffs, <br><br>v. <br><br>ALIGN TECHNOLOGY, INC., <br><br>        Defendant. | Case No. 20-cv-03754-VC <br><br>**ORDER DENYING MOTION TO PRECLUDE** <br><br>Re: Dkt. No. 191 |

       The motion to preclude Align's argument that it terminated interoperability to protect its patent interests is denied. In the unlikely event that questions relating to the legitimacy of the positions Align took regarding its patents cannot be adjudicated without reference to privileged materials, the issue can be revisited at that time.

       **IT IS SO ORDERED.**

Dated: December 8, 2022

                                                        VINCE CHHABRIA <br>
                                                        United States District Judge