PAUL HASTINGS LLP
Thomas A. Counts (SB# 148051)
Abigail H. Wald (SB# 309110)
tomcounts@paulhastings.com
abigailwald@paulhastings.com
101 California Street
Forty-Eighth Floor
San Francisco, California  94111
Telephone:  1(415) 856-7000
Facsimile:  1(415) 856-7100

James M. Pearl (SB# 198481)
Caitlin Devereaux (SB# 336336)
jamespearl@paulhastings.com
caitlindevereaux@paulhastings.com
1999 Avenue of the Stars, 27th Floor
Los Angeles, California 90067
Telephone:  1(310) 620-5700
Facsimile:  1(310) 620-5899

Adam M. Reich (SB# 274235)
Michael C. Whalen (*pro hac vice*)
adamreich@paulhastings.com
michaelcwhalen@paulhastings.com
71 South Wacker Drive, 45th Floor
Chicago, Illinois 60606
Telephone:  1(312) 499-6000
Facsimile:  1(312) 499-6100

Michael F. Murray (*pro hac vice*)
Noah Pinegar (*pro hac vice*)
michaelmurray@paulhastings.com
noahpinegar@paulhastings.com
2050 M Street, N.W.
Washington, DC 20036
Telephone:  1(202) 551-1700
Facsimile:  1(202) 551-1705

*Attorneys for Defendant Align Technology, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SIMON AND SIMON, PC d/b/a CITY SMILES and VIP DENTAL SPAS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ALIGN TECHNOLOGY, INC.,<br><br>Defendant. | CASE NO. 3:20-CV-03754-VC<br><br>[PROPOSED] **ORDER GRANTING DEFENDANT ALIGN TECHNOLOGY, INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL** |
| MISTY SNOW, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ALIGN TECHNOLOGY, INC.,<br><br>Defendant. | CASE NO. 3:21-cv-03269-VC |

CASE NO. 3:20-cv-03754-VC
CASE NO. 3:21-cv-03269-VC

[PROPOSED] ORDER GRANTING ALIGN'S ADMIN. MOT. FOR LEAVE TO FILE UNDER SEAL

## ORDER

WHEREAS, on May 18, 2023, Defendant Align Technology, Inc. ("Align") lodged portions of the Administrative Motion re Scheduling ("Motion") under seal with the Court, and narrowly identified through highlighting the limited portion of the Motion that Align believes should be maintained under seal;

WHEREAS, also on May 18, 2023, Align filed an Administrative Motion for Leave to File Under Seal ("Sealing Motion"), seeking to seal the highlighted portion of the Motion that it lodged under seal on May 18, 2023 (Dkt. No. 293);

WHEREAS, the Court has reviewed and considered the Sealing Motion and the papers submitted by Align in support thereof;

Align's Sealing Motion is GRANTED.

IT IS HEREBY ORDERED that the:

1. The limited portion of the Motion on page 3 thereof describing non-public aspects of Align and 3Shape's confidential litigation settlement and confidential ITC briefing shall be sealed.

2. The unredacted version of the Motion lodged under seal on May 18, 2023, shall remain sealed and is hereby deemed filed with the Clerk of the Court. The Clerk is instructed to maintain these documents in a sealed envelope bearing the notation "Filed Under Seal" or other similar designation, and to keep the contents of these documents sealed from public viewing as part of the record in this case.

3. Align's publicly filed redacted version of Dkt. No. 293 is accepted as filed.

IT IS SO ORDERED.

DATED: _July 19, 2023_



_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE

CASE NO. 3:20-cv-03754-VC
CASE NO. 3:21-cv-03269-VC

[PROPOSED] ORDER GRANTING
ALIGN'S ADMIN. MOT. FOR
LEAVE TO FILE UNDER SEAL