PAUL HASTINGS LLP
Thomas A. Counts (SB# 148051)
Abigail H. Wald (SB# 309110)
tomcounts@paulhastings.com
abigailwald@paulhastings.com
101 California Street
Forty-Eighth Floor
San Francisco, California 94111
Telephone: 1(415) 856-7000
Facsimile: 1(415) 856-7100

James M. Pearl (SB# 198481)
Caitlin Devereaux (SB# 336336)
jamespearl@paulhastings.com
caitlindevereaux@paulhastings.com
1999 Avenue of the Stars, 27th Floor
Los Angeles, California 90067
Telephone: 1(310) 620-5700
Facsimile: 1(310) 620-5899

Adam M. Reich (SB# 274235)
Michael C. Whalen (*pro hac vice*)
adamreich@paulhastings.com
michaelcwhalen@paulhastings.com
71 South Wacker Drive, 45th Floor
Chicago, Illinois 60606
Telephone: 1(312) 499-6000
Facsimile: 1(312) 499-6100

Michael F. Murray (*pro hac vice*)
Noah Pinegar (*pro hac vice*)
michaelmurray@paulhastings.com
noahpinegar@paulhastings.com
2050 M Street, N.W.
Washington, DC 20036
Telephone: 1(202) 551-1700
Facsimile: 1(202) 551-1705

*Attorneys for Defendant Align Technology, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SIMON AND SIMON, PC d/b/a CITY SMILES and VIP DENTAL SPAS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ALIGN TECHNOLOGY, INC.,<br><br>Defendant. | CASE NO. 3:20-CV-03754-VC<br><br>[PROPOSED] ORDER GRANTING DEFENDANT ALIGN TECHNOLOGY, INC.'S ADMINISTRATIVE MOTION FOR EXTENSION OF PAGE LIMITS<br><br>**AS MODIFIED** |
| MISTY SNOW, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ALIGN TECHNOLOGY, INC.,<br><br>Defendant. | CASE NO. 3:21-cv-03269-VC |

CASE NO. 3:20-cv-03754-VC
CASE NO. 3:21-cv-03269-VC

[PROPOSED] ORDER GRANTING ALIGN'S ADMININISTRATIVE MOTION  **AS MODIFIED**

## ORDER

WHEREAS, on July 19, 2023, Defendant Align Technology, Inc. ("Align") filed an Administrative Motion Regarding Extension of Page Limits ("Motion") for an order to extension of the page limits applicable to class certification briefing and *Daubert* challenges.

WHEREAS, also on July 19, 2023, Align filed the Declaration of James M. Pearl in Support of Align's Motion.

WHEREAS, having fully considered the matter, and good cause appearing, the Court hereby order extends page limits for briefing related to class certification and *Daubert* challenges as follows:

| Motion | Page Limit |
|---|---|
| Plaintiffs' (i) brief in support of class certification and (ii) *Daubert* motion related to class certification | ~~Extended from twenty five (25) pages to thirty (30) pages.~~ |
| Defendant's (i) brief in opposition to class certification, (ii) response to Plaintiff's *Daubert* motion, and (iii) affirmative *Daubert* motion. | Extended from twenty five (25) pages to ~~thirty five (35) pages.~~ **thirty (30) pages.** |
| Plaintiffs' (i) reply brief in support of class certification, (ii) reply in support of *Daubert* motion, and (iii) opposition to Defendant's *Daubert* motion. | Extended from fifteen (15) pages to twenty (20) pages. |
| Defendant's reply brief in support of *Daubert* motion. | May not exceed ~~10 pages.~~ **five (5) pages.** **Due seven (7) days after Plaintiffs' reply brief.** |

Align's Administrative Motion Regarding Scheduling is GRANTED. **AS MODIFIED**

IT IS SO ORDERED.

DATED:     July 25, 2023



HON. _____
UNITED S_____
Judge Vince Chhabria

CASE NO. 3:20-cv-03754-VC
CASE NO. 3:21-cv-03269-VC

~~[PROPOSED]~~ ORDER GRANTING ALIGN'S ADMINISTRATIVE MOTION **AS MODIFIED**