UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMON AND SIMON, PC, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ALIGN TECHNOLOGY, INC.,<br><br>　　　　　Defendant. | Case No. 20-cv-03754-VC<br><br>**ORDER SCHEDULING EVIDENTIARY HEARING** |

　　An evidentiary hearing regarding the expert testimony of Dr. Singer and Dr. Vogt is scheduled for November 13, 2023, from 10:00am to 2:30pm. The Court will begin with *Simon & Simon* and Dr. Singer, but counsel in *Snow* and Dr. Vogt should be present as well. The parties and experts should also make themselves available on November 14, 2023, from 10:00am to 2:30pm in the event the testimony does not conclude on Monday. Oral argument for the motion for class certification will be scheduled shortly after the evidentiary hearing.

　　**IT IS SO ORDERED.**

Dated: November 8, 2023

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　VINCE CHHABRIA
　　　　　　　　　　　　　　　　　　　　United States District Judge