UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMON AND SIMON, PC, et al.,<br><br>                    Plaintiffs,<br><br>          v.<br><br>ALIGN TECHNOLOGY, INC.,<br><br>                    Defendant. | Case No.  20-cv-03754-VC<br><br><br>Re: Dkt. No. 356 |

| | |
|---|---|
| MISTY SNOW, et al.,<br><br>                    Plaintiffs,<br><br>          v.<br><br>ALIGN TECHNOLOGY, INC.,<br><br>                    Defendant. | Case No.  21-cv-03269-VC<br><br><br>Re: Dkt. No. 467 |

**ORDER WITHDRAWING PRIOR ORDER REGARDING CLASS CERTFICATION**

The Order Granting in Part and Denying in Part Class Certification that was issued on November 17, 2023, is withdrawn.


Dated: November 27, 2023

_____

VINCE CHHABRIA
United States District Judge