UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMON AND SIMON, PC, et al.,<br><br>Plaintiff,<br><br>v.<br><br>ALIGN TECHNOLOGY, INC.,<br><br>Defendant. | 20-cv-03754-VC<br><br>**JUDGMENT** |

The Court, having granted summary judgment to the defendant, now enters judgment in favor of the defendant and against the plaintiffs. *See* Dkt. No. 432. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: March 22, 2024

_____
VINCE CHHABRIA
United States District Judge