# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

| | |
|---|---|
| Name of U.S. District Court: | Northern District of California (San Francisco) |
| U.S. District Court case number: | 3:20-CV-03754-VC |
| Date case was first filed in U.S. District Court: | 6/5/2020 |
| Date of judgment or order you are appealing: | 2/21/2024 and 3/22/2024 |

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☉ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

SIMON AND SIMON, PC d/b/a CITY SMILES,
VIP DENTAL SPAS,
individually and on behalf of all others similarly situated.

Is this a cross-appeal?   ○ Yes   ☉ No

If Yes, what is the first appeal case number? 

Was there a previous appeal in this case?   ☉ Yes   ○ No

If Yes, what is the prior appeal case number?   23-4153

Your mailing address:

Berger Montague PC

505 Montgomery Street, Suite 625

City: San Francisco   State: CA   Zip Code: 94111

Prisoner Inmate or A Number (if applicable): 

**Signature**   /s/ Joshua P. Davis   **Date**   3/26/2024

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 1                                                                                      Rev. 12/01/2018

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

SIMON AND SIMON, PC d/b/a CITY SMILES,
VIP DENTAL SPAS,
individually and on behalf of all others similarly situated.

Name(s) of counsel (if any):

Joshua P. Davis
Hope E. Brinn

Address: Berger Montague PC 505 Montgomery St Ste 625 San Francisco, CA 94111

Telephone number(s): 415-689-9292

Email(s): jdavis@bm.net, hbrinn@bm.net

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

ALIGN TECHNOLOGY, INC.

Name(s) of counsel (if any):

James M. Pearl
Emma Farrow

Address: Paul Hastings LLP 1999 Ave of the Stars 27th Fl Los Angeles, CA 90067

Telephone number(s): 310-620-5700

Email(s): jamespearl@paulhasting.com, emmafarrow@paulhastings.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                      1                           Rev. 12/01/2018

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:
SIMON AND SIMON, PC d/b/a CITY SMILES, VIP DENTAL SPAS, individually and on behalf of all others similarly situated.

Name(s) of counsel (if any):
Eric L. Cramer
Michael J. Kane

Address: Berger Montague PC 1818 Market St, Ste 3600, Philadelphia, PA 19103

Telephone number(s): 215 875-3000

Email(s): ecramer@bm.net, mkane@bm.net

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellees**

Name(s) of party/parties:
ALIGN TECHNOLOGY, INC.

Name(s) of counsel (if any):
Thomas A. Counts

Address: Paul Hastings LLP, 101 California St, 48th Flr San Francisco, CA 94111

Telephone number(s): 415-856-7000

Email(s): tomcounts@paulhastings.com

Name(s) of party/parties:
See attached for additional counsel.

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 6                                            2                                   Rev. 12/01/2018

**ADDITIONAL COUNSEL:**

**<u>Appellants</u>:**

Name(s) of party/parties:

SIMON AND SIMON, PC d/b/a CITY SMILES, VIP DENTAL SPAS, individually and on behalf of all others similarly situated.

Name(s) of counsel:

Daniel J. Walker
BERGER MONTAGUE PC
1001 G Street, NW, Suite 400 East
Washington, DC 20001
Telephone: (202) 559-9745
dwalker@bm.net

John Radice
April D. Lambert
Daniel Rubenstein
RADICE LAW FIRM, P.C.
475 Wall Street
Princeton, New Jersey 08540
Telephone: (646) 245-8502
jradice@radicelawfirm.com
drubenstein@radicelawfirm.com
alambert@radicelawfirm.com

**<u>Appellees</u>:**

Name(s) of party/parties:

ALIGN TECHNOLOGY, INC.

Name(s) of counsel:

Adam M. Reich
Michael C. Whalen
PAUL HASTINGS LLP
71 South Wacker Drive, 45th Floor
Chicago, Illinois 60606
Telephone: (312) 499-6000
adamreich@paulhastings.com
michaelcwhalen@paulhastings.com

Michael F. Murray
PAUL HASTINGS LLP
2050 M Street, N.W.
Washington, District of Columbia 20036
Telephone: (202) 551-1700
michaelmurray@paulhastings.com

Noah B. Pinegar PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
Telephone:  (212) 318-6000
noahpinegar@paulhastings.com