Joshua P. Davis (193254)
BERGER MONTAGUE PC
505 Montgomery St., Suite 625
Telephone: (415) 689-9292
Facsimile: (215) 875-5707
Email: jdavis@bm.net

Eric L. Cramer (*pro hac vice*)
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-4604
Facsimile: (215) 875-5707
Email: ecramer@bm.net

John Radice (*pro hac vice*)
RADICE LAW FIRM, P.C.
475 Wall Street
Princeton, New Jersey 08540
Telephone: (646) 245-8502
Facsimile: (609) 385-0745
Email: jradice@radicelawfirm.com

*Attorneys for Plaintiffs and the Proposed Class*
[Additional Counsel on Signature Page]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMON AND SIMON, PC d/b/a CITY SMILES and VIP DENTAL SPAS, individually and on behalf of all others similarly situated, | Case No. 3:20-cv-03754-VC |
| Plaintiffs, | **PLAINTIFFS' STATUS REPORT** |
| v. | |
| ALIGN TECHNOLOGY, INC., | |
| Defendant. | |

3:20-cv-03754-VC

Simon and Simon, PC d/b/a City Smiles ("Simon and Simon") and VIP Dental Spas

("VIP"), individually and as representatives of the Direct Purchaser Plaintiff Class, hereby

submit this Status Report to apprise the Court about the Class Administrator's comprehensive

supplemental Notice Program. The Class Administrator has prepared a declaration, at Class

Counsel's request, that addresses the implementation of the notice, including notice and

administration statistics, confirmation of the reach of the Notice Program as implemented, and a

final report of all opt-outs within fourteen days of the March 15 deadline (as required by the

Court-approved Notice Plan). Attached hereto as Ex. A is the Declaration of Cameron R. Azari,

Esq. Regarding Implementation of Notice Program. Class Counsel and the Class Administrator

are of course available to the Court to address any issues or questions.

DATED:  March 28, 2024                    Respectfully submitted,

                                          */s/ Joshua P. Davis*
                                          Joshua P. Davis (SBN. 193254)
                                          Hope Brinn (SBN. 338508)
                                          **BERGER MONTAGUE PC**
                                          505 Montgomery Street, Suite 625
                                          San Francisco, 94111
                                          Telephone: (415) 689-9292
                                          Facsimile: (215) 875-5707
                                          Email: jdavis@bm.net
                                          hbrinn@bm.net

                                          Eric L. Cramer (pro hac vice)
                                          Michael Kane (pro hac vice)
                                          **BERGER MONTAGUE PC**
                                          1818 Market Street, Suite 3600
                                          Philadelphia, PA 19103
                                          Telephone: (215) 875-4604
                                          Facsimile: (215) 875-5707
                                          Email: ecramer@bm.net
                                          mkane@bm.net

3:20-cv-03754-VC

Daniel J. Walker (pro hac vice)
**BERGER MONTAGUE PC**
2001 Pennsylvania Avenue, NW Suite 300
Washington, DC 20006
Telephone: (202) 559-9745
Facsimile: (215) 875-5707
Email: dwalker@bm.net

John Radice (pro hac vice)
April Lambert (pro hac vice)
Daniel Rubenstein (pro hac vice)
**RADICE LAW FIRM, P.C.**
475 Wall Street
Princeton, New Jersey 08540
Telephone: (646) 245-8502
Facsimile: (609) 385-0745
Email: jradice@radicelawfirm.com
alambert@radicelawfirm.com
drubenstein@radicelawfirm.com

*Interim Co-Lead Counsel*

Joseph R. Saveri (SBN. 130064)
Kevin E. Rayhill (SBN. 267496)
**JOSEPH SAVERI LAW FIRM, INC.**
601 California Street, Suite
1000 San Francisco, CA 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com
krayhill@saverilawfirm.com

Daniel J. Mogin (SBN. 95624)
Timothy Z. LaComb (SBN. 314244)
**MOGINRUBIN LLP**
600 West Broadway, Suite
3300 San Diego, CA 92101
Telephone: (619) 687-6611
Facsimile: (619) 687-6610
Email: dmogin@moginrubin.com
tlacomb@moginrubin.com

Kevin Landau (pro hac vice)
Miles Greaves (pro hac vice)
**TAUS, CEBULASH & LANDAU, LLP**
123 William St, Suite 1900A
New York, NY 10038
Telephone: (212) 931-0704
Facsimile: (212) 931-0703
Email: klandau@tcllaw.com
mgreaves@tcllaw.com

*Attorneys for Plaintiffs and the Proposed Class*

3:20-cv-03754-VC

_____