FILED

APR 4 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

SIMON AND SIMON, PC, doing business as City Smiles and VIP DENTAL SPAS, individually and on behalf of others similarly situated,

    Plaintiffs - Respondents,

v.

ALIGN TECHNOLOGY, INC.,

    Defendant - Petitioner.

No. 23-4153

D.C. No. 3:20-CV-03754-VC
Northern District of California, San Francisco

ORDER

The motion (Docket Entry No. 14) to voluntarily withdraw this petition for permission to appeal is granted. *See* Fed. R. App. P. 42(b).

All pending motions are denied as moot.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT