UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMON AND SIMON, PC, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ALIGN TECHNOLOGY, INC.,<br><br>　　　　Defendant. | Case No.  20-cv-03754-VC<br><br>**ORDER ON ALL OUTSTANDING SEALING MOTIONS**<br><br>Re: Dkt. No. 465 |

　　　　This Order applies to all outstanding sealing motions on the *Simon & Simon* docket.

**1. Sealing motions related to the Section 2 Class Certification and Summary Judgment motions**

　　　　Dkt. No. 465: Align must resubmit its sealing request. As discussed in the Order on All Outstanding Sealing Motions in *Snow v. Align*, the redactions are still overbroad. *See* Dkt. No. 636, *Snow v. Align*, 21-3269.

**2.  Sealing motions related to all other outstanding sealing motions**

　　　　Any party that still seeks to seal material from an outstanding sealing motion should refile those motions in accordance with the Court's guidance. If a party determines that a document no longer needs to be sealed, they should file the unredacted version on the docket. If a party filed an Administrative Motion to Consider Whether Another's Material Should Be Sealed and no party filed a supporting declaration, the party that first filed the Administrative Motion should refile the unredacted document on the docket.

　　　　For all renewed sealing motions, the parties may file them in the way Align described at Dkt. No. 477. The renewed sealing motions and any unredacted versions should be filed 42 days

from this Order.

**IT IS SO ORDERED.**

Dated: December 13, 2024

_____
VINCE CHHABRIA
United States District Judge