1  **MOGIN LAW LLP**
   Daniel J. Mogin (SBN 95624)
2  Timothy Z. LaComb (SBN 314244)
   4225 Executive Square, Suite 600
3  La Jolla, CA 92037
   Telephone:    (619) 687-6611
4  Facsimile:    (619) 687-6610
5  dmogin@moginlawllp.com
   tlacomb@moginlawllp.com
6

7  *Attorneys for Plaintiff*

8

9              **UNITED STATES DISTRICT COURT**

10             **NORTHERN DISTRICT OF CALIFORNIA**

11

12  SIMON AND SIMON, PC d/b/a CITY        Case No: 3:20-cv-03754-VC
    SMILES and VIP DENTAL SPAS,
13  individually and on behalf of all others   **NOTICE OF FIRM NAME CHANGE**
    similarly situated,
14                                         Judge: Hon. Vince Chhabria
15                       Plaintiff,
                 v.
16
    ALIGN TECHNOLOGY, INC.,
17
                         Defendant.
18

19

20

21

22

23

24

25

26

27

28

NOTICE OF FIRM NAME CHANGE; CASE NO. 3:20-cv-03754-VC

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the law firm of MoginRubin LLP has changed its name to Mogin Law LLP, effective immediately.

The addresses, telephone and facsimile numbers will remain the same. Email addresses will now use the @moginlawllp.com domain address. Please update your records accordingly.

DATED: March 27, 2025

                      **MOGIN LAW LLP**

                        /s/Daniel J. Mogin
                      Daniel J. Mogin
                      Timothy Z. LaComb
                      4225 Executive Square, Suite 600
                      La Jolla, CA 92037
                      Telephone:     (619) 687-6611
                      Facsimile:       (619) 687-6610
                      dmogin@moginlawllp.com
                      tlacomb@moginlawllp.com

                      *Attorneys for Plaintiff*